UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RODNEY WILDS**,

    *Plaintiff*,

v.

**COHO FINANCIAL d/b/a PATH LENDING, et al.**,

    *Defendants*.

Case No: 8:24-cv-2803

**NOTICE OF SETTLEMENT WITH DEFENDANTS COHO FINANCIAL D/B/A PATH LENDING, THUNDERBIRD SERVICES, LLC, CLARITY SERVICES, INC., AND DENNIS GLEN MILKS**

In accordance with Local Rule 3.09, the Plaintiff, RODNEY WILDS ("Plaintiff"), hereby provides notice that Plaintiff and all the Defendants, COHO FINANCIAL D/B/A PATH LENDING, THUNDERBIRD SERVICES, LLC, CLARITY SERVICES, INC., and DENNIS GLEN MILKS (collectively, the "Defendants"), have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendants from this case with prejudice.

Respectfully submitted on March 7, 2025, by:

**SERAPH LEGAL, P.A.**

*/s/ Megan A. Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar No.: 1005213
MRosenberg@SeraphLegal.com
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
Tel: 813-567-1230 (Ext: 404)
Fax: 855-500-0705
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to counsel for all parties.

*/s/ Megan A. Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar No.: 1005213