UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RODNEY WILDS**,

   *Plaintiff*,

v.

**COHO FINANCIAL d/b/a PATH LENDING, et al.**,

   *Defendants*.

Case No: 8:24-cv-2803-SDM-AAS

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW**, the Plaintiff, **RODNEY WILDS**, and the Defendants, **COHO FINANCIAL D/B/A PATH LENDING**, **THUNDERBIRD SERVICES, LLC**, **CLARITY SERVICES, INC.**, and **DENNIS GLEN MILKS**, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismiss this action with prejudice, with each party to bear his or its own costs and attorney's fees.

[SIGNATURE PAGE TO FOLLOW]

| SERAPH LEGAL, P. A. | KASOWITZ BENSON TORRES LLP |
|---|---|
| */s/Megan A. Rosenberg* | */s/ Maria H. Ruiz* |
| Megan A. Rosenberg, Esq. | Maria H. Ruiz, Esq. |
| Florida Bar No. 1005213 | Florida Bar No. 182923 |
| 2124 W. Kennedy Boulevard, Suite A | 1441 Brickell Avenue, Suite 1420 |
| Tampa, FL 33606 | Miami, FL 33131 |
| Tel: (813) 567-1230 | Tel: (786) 587-1044 |
| Fax: (855) 500-0705 | Fax: (305) 675-2601 |
| MRosenberg@SeraphLegal.com | MRuiz@Kasowitz.com |
| *Counsel for Plaintiff,* | *Counsel for Defendant,* |
| *Rodney Wilds* | *Clarity Services, Inc.* |

SISCO-LAW

*/s/ Peter A. Luccarelli*
Peter A. Luccarelli, III, Esq.
Florida Bar No. 1030952
777 S. Harbour Island Blvd., Ste. 320
Tampa, FL 33602
plucarelli@sisco-law.com
Tel: (813) 224-0555
Fax: (813) 221-9736
*Counsel for Defendants,*
*Coho Financial d/b/a Path Lending,*
*Thunderbird Services, LLC,*
*and Dennis Glen Milks*